No. 92–7278. YOUMANS v. COUGHLIN, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–7279. NORRIS v. DAVIES, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–7280. MOHIUDDIN v. USBI Co. C. A. 11th Cir. Certiorari denied.

No. 92–7283. BATES v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 92–7284. CARRIGER v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7286. MARTINEZ v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 92–7287. ABNER v. ESCAMBIA COUNTY SCHOOL DISTRICT. C. A. 11th Cir. Certiorari denied.

No. 92–7288. COOLEY ET UX. v. BROWN ET AL. Sup. Ct. Ala. Certiorari denied.

No. 92–7292. TYNER v. THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 92–7295. THOMPSON v. RILEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–7296. SHEPARD v. WASHINGTON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 92–7298. TURNER v. GEORGETOWN UNIVERSITY. C. A. D. C. Cir. Certiorari denied.

No. 92–7307. MALONE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7310. MEADOR v. BUNNELL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7311. BOWE v. NORTHWEST AIRLINES, INC. C. A. 8th Cir. Certiorari denied.